# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL CASPER ANTHONY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-08-606-R |
| | ) |
| KAY COUNTY DETENTION CENTER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered February 9, 2009 [Doc. No. 30]. No objection to the Report and Recommendation has been filed nor has an extension of time to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge [Doc. No. 30] is ADOPTED in its entirety and the matter is dismissed without prejudice.

IT IS SO ORDERED this 11th day of March, 2009.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE