# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL CASPER ANTHONY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-08-606-R |
| | ) |
| KAY COUNTY DETENTION CENTER, et al., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered August 31, 2009 [Doc. No. 44]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 22nd day of September, 2009.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE